MINUTE ENTRY
CURRAULT, M.J.
AUGUST 26, 2024

**MJSTAR: 3:40**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILITARY ROAD REVITALIZATION COMPANY, LLC, ET AL | * | CIVIL ACTION |
| | * | NO. 24-0055 |
| VERSUS | | |
| | * | SECTION "I" (2) |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | * | |

    A settlement conference was conducted on this date before the undersigned magistrate judge. The parties engaged in productive settlement discussions, but the matter has not yet been settled. The parties are considering proposals and were encouraged to continue settlement discussions and notify the undersigned of their progress by Friday. By copy of this minute entry, Judge Africk is advised that this matter has not yet been resolved.

_____
DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**