MINUTE ENTRY
CURRAULT, M.J.
AUGUST 28, 2024
**MJSTAR:  :15**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| MILITARY ROAD REVITALIZATION COMPANY, LLC, ET AL | * | CIVIL ACTION |
| | * | NO. 24-0055 |
| VERSUS | | |
| | * | SECTION "I" (2) |
| ST. TAMMANY PARISH GOVERNMENT, ET AL | * | |

The undersigned continued settlement discussions with parties via telephone following the August 26, 2024 settlement conference.  On a joint telephone call this afternoon, counsel for Plaintiffs (James Garner), for Defendant St. Tammany Parish Government (Emond Haase  and Ken Gelpi) and for Defendant Safety National Casualty Corporation (Seth Schmeeckle) confirmed that the parties have reached a settlement of this matter as well as the related state court proceeding. The settlement is subject to Board approval and the parties are proceeding to obtain same and to prepare the settlement agreement to reflect the agreed terms.

By copy of this minute entry, Judge Africk is advised that this matter is now resolved so that he may enter an appropriate conditional dismissal order that allows the parties sufficient time to consummate the settlement.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. LANCE M. AFRICK**