UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILITARY ROAD REVITALIZATION
COMPANY LLC, ET AL.                                          CIVIL ACTION

VERSUS                                                                    NO. 24-55

ST. TAMMANY PARISH
GOVERNMENT, ET AL.                                          SECTION: "I" (1)

## ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that the action be and it is hereby dismissed without prejudice to the right, upon good cause shown, within a reasonable time, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

**COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, EVERY WITNESS MUST be notified by counsel not to appear.**

New Orleans, Louisiana, this 29th day of August 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE