UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MILITARY ROAD REVITALIZATION
COMPANY LLC, ET AL.                                           CIVIL ACTION

VERSUS                                                               No. 24-55

ST. TAMMANY PARISH
GOVERNMENT, ET AL.                                            SECTION I

## ORDER

Considering the consent motion[1] to dismiss, which states that the parties have fully settled this matter,

**IT IS ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

New Orleans, Louisiana, December 11, 2024.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 57.